Matter of Callan (2023 NY Slip Op 04398)

Matter of Callan

2023 NY Slip Op 04398

Decided on August 24, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:August 24, 2023

PM-180-23
[*1]In the Matter of JohnPaul M. Callan, an Attorney. (Attorney Registration No. 5059662.)

Calendar Date:August 14, 2023

Before:Garry, P.J., Lynch, Aarons, Reynolds Fitzgerald and Fisher, JJ.

JohnPaul M. Callan, Herndon, Virginia, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
JohnPaul M. Callan was admitted to practice by this Court in 2012 and lists a business address in Sterling, Virginia with the Office of Court Administration. Callan now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Callan's application.
Upon reading Callan's affidavit sworn to June 19, 2023 and filed June 26, 2023, and upon reading the August 2, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Callan is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Lynch, Aarons, Reynolds Fitzgerald and Fisher, JJ., concur.
ORDERED that JohnPaul M. Callan's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that JohnPaul M. Callan's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that JohnPaul M. Callan is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Callan is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that JohnPaul M. Callan shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.